**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Andre Emmett FIORENTINO,**
**Petitioner**

**No. 104 MAL 2017**

Supreme Court of Pennsylvania.

August 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Richard MERCALDO, Jr., Petitioner**

**No. 150 MAL 2017**

Supreme Court of Pennsylvania.

August 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Thomas BEECH, Petitioner**

**No. 155 MAL 2017**

Supreme Court of Pennsylvania.

August 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.